UNITED STATES of America,
Plaintiff—Appellee,

v.

Antonio BRANCH, Defendant—
Appellant.

No. 12–6301.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: Aug. 2, 2012.

Antonio Branch, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Branch appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Branch*, No. 4:01–cr–00061–HCM–1 (E.D.Va., Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*